No. 16,932.

INDUSTRIAL COMMISSION ET AL. *v.* DUNCAN.

(252 P. [2d] 1070)

Decided January 19, 1953.   Rehearing denied February 9, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. PETER L. DYE, Assistant, Messrs. SHUTERAN, ROBINSON & HARRINGTON, Mr. RICHARD L. BANTA, JR., for plaintiffs in error.

Messrs. CHUTKOW & ATLER, for defendant in error.